USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: FEB 01 2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

Denise M. Lyman,

      Plaintiff,

  -v-

New York Presbyterian Hospital, et al.,

      Defendants.

------------------------------------------------------------------X

11 Civ. 3889 (AJN) (JCF)

ORDER

ALISON J. NATHAN, District Judge:

  Before the Court is Judge Francis's report and recommendation ("R&R") recommending that the Court grant Plaintiff's motion to reopen this case. (Dkt. # 54) When a magistrate judge issues findings or recommendations, the district court "may accept, reject, or modify [them] in whole or in part." 28 U.S.C. § 636(b)(1). When no party has filed objections to the magistrate's report and recommendation, the court reviews it only for clear error. *See Gomez v. Brown*, 655 F. Supp. 2d 332, 341 (S.D.N.Y. 2009). Defendants having filed no objections to the R&R, and the Court finding no clear error therein, the Court adopts the R&R in its entirety, and Plaintiff's motion to reopen the case, (Dkt. # 44), is hereby GRANTED.

  In light of the forgoing, it is hereby ORDERED that counsel for all parties appear at a case management conference on **February 15, 2013** at **2:45 PM** in Courtroom 519 in the United States Courthouse for the Southern District of New York, 40 Foley Square, New York, New York.

Dated: February ___, 2013
   New York, New York

                 _____
                 ALISON J. NATHAN
                United States District Judge